[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 07-11550
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 25, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-00057-CR-T-27MAP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIO PINA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

**(September 25, 2007)**

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Tracy Dreispul, appointed counsel for Mario Pina in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and has

filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pina's revocation of supervised release and resulting sentence are **AFFIRMED**.